Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

**FILED**
DEC 04 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ARNULFO M. GARIBAY,<br><br>Defendant. | Case No. 1:13-cv-01464-AWI-BAM<br><br>NOTICE OF VOLUNTARY DISMISSAL |

**NOTICE IS HEREBY GIVEN**, that, Plaintiff voluntarily dismisses *with prejudice* the following Defendant: ARNULFO M. GARIBAY, INDIVIDUALLY AND D/B/A EL COLIMA RESTAURANTE, and the above-entitled action in its entirety. This Dismissal is made pursuant to FRCP 41 (a).

Dated: December 2, 2013        *s/Thomas P. Riley*
                               LAW OFFICES OF THOMAS P. RILEY, P.C.
                               By: Thomas P. Riley
                               Attorneys for Plaintiff
                               G & G Closed Circuit Events, LLC

It is so Ordered. Dated: 12-3-13

_____
United States District Judge

///
///